NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MOHAMMAD MOSTAJABIAN, )
)
     Appellant, )
)
v. )    Case No. 2D17-3002
)
SEGAL & SCHUH LAW GROUP, P.L.; )
LEE SEGAL; JILL A. SCHUH; and )
BEHROKH AHMADI, )
)
     Appellees. )
_____ )

Opinion filed August 29, 2018.

Appeal from the Circuit Court for Pinellas
County; Susan St. John, Judge.

Jane H. Grossman, St. Petersburg,
for Appellant.

Robert E. Biasotti of Biasotti Law,
St. Petersburg, for Appellees Segal &
Schuh Law Group, P.L.; Lee Segal;
and Jill A. Schuh.

No appearance for Appellee Behrokh
Ahmadi.


PER CURIAM.


     Affirmed.


NORTHCUTT, KELLY, and LUCAS, JJ., Concur.